1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  ANDRAS FARKAS, CA Bar #254302
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

5

   Attorney for Defendant
6  SHERRY LEMPE

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO.  6:12-mj-00060 MJS
                                     )
12              Plaintiff,           )   STIPULATION AND ORDER TO MODIFY
                                     )   JUDGMENT AND ORDER TO PAY
13         v.                        )
                                     )
14  SHERRY LEMPE,                    )
                                     )
15              Defendant.           )   Judge: Hon. Michael J. Seng
                                     )
16  _____   )

17

18         **IT IS HEREBY STIPULATED** by and between the parties to this action through their respective

19  counsel of record herein, that the Judgment and Order to Pay made and entered September 11, 2012 (Dkt.

20  #6) relating to defendant Sherry Lempe in the above-referenced matter, wherein defendant was placed on

21  unsupervised probation for a period of 12 months and ordered to pay a Penalty Assessment of $10.00, and

22  a Fine in the amount of $1190.00, for a Total Amount of $1,200.00, to be paid within 90 days from the

23  date of entry of such Judgment, may be modified,  as follows:

24         Defendant shall pay a Penalty Assessment in the amount of $10.00 and a Fine in the amount of

25  $1,190.00, for a Total Amount of $1,200.00, said sums to be paid within the term of her period of

26  unsupervised probation.

27  ///

28  ///

Save and except as herein otherwise ordered, all remaining terms and conditions of the Judgment and Order to Pay dated and entered September 11, 2012 shall remain in full force and effect until further order of the court.

BENJAMIN B. WAGNER
United States Attorney

DATED: December 6, 2012  /s/ Matthew A. McNease
MATTHEW A. McNEASE
Acting Legal Officer
National Park Service

DANIEL J. BRODERICK
Federal Defender

DATED: December 6, 2012  /s/ Andras Farkas
ANDRAS FARKAS
Assistant Federal Defender
Attorney for Defendant
Sherry Lempe

## ORDER

The Court, having reviewed the above stipulation and good cause appearing, HEREBY ORDERS THAT the Judgment and Order to Pay made and entered September 11, 2012 in the above-referenced matter, may be and is hereby modified, as follows:

1. Defendant shall pay a Penalty Assessment in the amount of $10.00 and a Fine in the amount of $1,190.00, for a Total Amount of $1,200.00, said sums to be paid within the term of her period of unsupervised probation.

2. Save and except as herein otherwise ordered, all remaining terms and conditions of the Judgment and Order to Pay dated and entered September 11, 2012 shall remain in full force and effect until further order of the court.

IT IS SO ORDERED.

Dated:  December 7, 2012     /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order to
Modify Judgment and Order to Pay          2